In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-25-00140-CV
_____

THE ESTATE OF SHIRLEY HARRISON, Appellant

V.

CITY OF BEAUMONT, Appellee

_____

On Appeal from the 60th District Court
Jefferson County, Texas
Trial Cause No. 24DCCV2213

_____

MEMORANDUM OPINION

On April 3, 2025, the Estate of Shirley Harrison filed a notice of appeal from a final judgment of the 60th District Court, signed on March 25, 2025. On May 28, 2025, the District Clerk notified the Court that the appellant had failed to respond to the clerk's repeated attempts to arrange for the clerk's record. On May 28, 2025, we notified the parties that the appellant had not established indigent status and that the clerk's record had not been filed due to the appellant's failure to pay or to arrange to pay the fee required to prepare the clerk's record. We also warned the appellant that

1

the appeal could be dismissed for want of prosecution unless the appellant established that the appellant had made the arrangements required to pay the fee or that they needed more time to do so. *See* Tex. R. App. P. 37.3(b). After the Clerk sent the parties a letter warning of the consequences of a failure to take the action necessary to file the clerk's record, the Court did not receive a response. On June 30, 2025, the trial court clerk notified the appellate court that the appellant still had not responded or submitted a designation of record.

Due to the appellant's failure to respond to a notice from the Clerk that required a response within a specified time, and in the absence of a satisfactory explanation that justifies the appellant's failure to pay or make the arrangements needed to pay for the clerk's record to support the appeal, we dismiss the appeal for want of prosecution. *See id*. 37.3(b), 42.3(b)-(c), 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on August 13, 2025
Opinion Delivered August 14, 2025

Before Golemon, C.J., Wright and Chambers, JJ.

2